UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

|  |  |
|---|---|
| JUDITH WATKINS, | |
| Plaintiff, | Case No. 3:21-cv-00294 |
| v. | Judge William L. Campbell, Jr. |
| | Magistrate Judge Alistair E. Newbern |
| LIFTONE, LLC, | |
| Defendant. | |

## **ORDER**

The Magistrate Judge held a telephonic case management conference with counsel for the parties on April 11, 2022. Counsel report that they have settled the case and will make all necessary filings to terminate the action by May 11, 2022.

It is so ORDERED.

ALISTAIR E. NEWBERN
United States Magistrate Judge